# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D20-2074
_____

JERRY F. SOWELL, as Personal
Representative for The Estate of
Gregory Grantham, D.M.D. and
Gregory Grantham, D.M.D.,
P.A.,

    Appellant,

    v.

JESSICA SIMMONS,

    Appellee.

_____

On appeal from the Circuit Court for Bay County.
John L. Fishel, II, Judge.

September 22, 2021

PER CURIAM.

    AFFIRMED.

ROBERTS, KELSEY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Michael J. Thomas, William D. Horgan, Chase E. Boswell and Cody W. Short of Pennington, P.A., Tallahassee, for Appellant.

J. Nixon Daniel, III, Jack W. Lurton, III, and Terrie L. Didier of Beggs & Lane, RLLP, Pensacola, and Robert G. Kerrigan of Kerrigan, Estess, Rankin, McLeod & Thompson, LLP, Pensacola, for Appellee.